# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jose Luis Torres Melendez                             CHAPTER 13
               <u>Debtor</u>

                                                             BKY. NO. 16-17701 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, and index same on the master mailing list.

Re: Loan # Ending In: 9530

                                    Respectfully submitted,

                                    **/s/Denise Carlon, Esquire**
                                    Denise Carlon, Esquire
                                    Thomas Puleo, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322  FAX (215) 627-7734