UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PA

IN RE:   Jose Torre Melendez                        Case No: 16-17701-REF

FIRST AMENDED CHAPTER 13 PLAN

(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in plural).

Earnings of Debtor submitted to the control and supervision of Frederick L. Reigle, Esquire, Chapter 13 Trustee as follows: Debtor to pay the Trustee the total sum of Thirty-Five Thousand Nine Hundred Ninety Nine Dollars and Sixty Five Cents ()$35,991.65) over a period of sixty months (60).  Debtor to receive credit for monies paid to the Chapter 13 Trustee to date in the amount of $1350.00 through August 2017.  Starting in September 2017, Debtor to pay the Trustee $150.00 per month for 16 months.  Then, in January 2019, Debtor to pay the Trustee $921.19 per month for the balance of the Plan which represents 35 remaining months.

From the  payments so received, the Trustee shall make disbursements as follows:

A. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:

 I. Trustee's commissions.

II. Approved attorney's fees for services rendered by Mendelsohn & Mendelsohn, P.C. in this Bankruptcy proceeding in the amount of $2950.00

 B. Holders of allowed secured claims shall be provided for as follows:

 I.  M&T Bank - for mortgage on real estate.  Proof of claim #1-2,  Pre-petition arrears in the amount of $27,412.96 shall be paid via the Plan and post-petition payments will be made directly to lender.

II. Reading Area Water Authority- Proof of claim #2 in the amount of $2,389.32 shall be paid via the Plan.

 C. Dividends to unsecured creditors whose claims are timely filed and duly allowed shall be paid pro rata.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U.S.C. 350

Dated: August 13, 2017                 /s/ Jose Torres Melendez Debtor

Acceptance may be mailed to:                 /s/ Brenna H. Mendelsohn 637 Walnut Street Reading, PA 19601