Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 16-17701-PMM**

JOSE LUIS TORRES MELENDEZ  
947 NORTH 12TH STREET  
READING  PA   19604

Petition Filed Date: 11/01/2016  
341 Hearing Date: 03/21/2017  
Confirmation Date: 10/05/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $150.00 | 17858535110 | 02/13/2019 | $150.00 | 17870357518 | 03/12/2019 | $150.00 | 17956030855 |
| 04/03/2019 | $150.00 | 17956031300 | 05/13/2019 | $150.00 | 17969313680 | 06/07/2019 | $150.00 | 17976814882 |
| 06/14/2019 | $150.00 | 25724984354 | 07/12/2019 | $300.00 | 8713044392 | 08/09/2019 | $300.00 | 17893016755 |
| 09/10/2019 | $300.00 | 25956341998 | 10/11/2019 | $300.00 | 19028078346 | 11/12/2019 | $300.00 | 8713044603 |
| 12/12/2019 | $300.00 | 19042981357 | 01/07/2020 | $300.00 | 8713044750 | 02/11/2020 | $300.00 | 8713044795 |
| 03/27/2020 | $558.73 | 26177260320 | 04/07/2020 | $300.00 | 26177278893 | 04/08/2020 | $300.00 | 26177291640 |
| 05/06/2020 | $300.00 | 26638110123 | 06/11/2020 | $300.00 | 26623404270 | 07/08/2020 | $300.00 | 26177258384 |
| 08/11/2020 | $300.00 | 26866892608 | | | | | | |

**Total Receipts for the Period: $5,808.73    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,558.73**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | ACE CASH EXPRESS<br>»»  003 | Unsecured Creditors | $332.19 | $0.00 | $332.19 |
| 1 | M&T BANK<br>»»  01P | Mortgage Arrears | $4,903.61 | $337.72 | $4,565.89 |
| 1 | M&T BANK<br>»»  001 | Mortgage Arrears | $27,412.96 | $2,891.17 | $24,521.79 |
| 2 | READING AREA WATER AUTHORITY<br>»»  002 | Secured Creditors | $2,389.32 | $251.98 | $2,137.34 |
| 4 | MENDELSOHN & MENDELSOHN PC<br>»»  004 | Attorney Fees | $2,950.00 | $2,950.00 | $0.00 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»»  005 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 16-17701-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $9,558.73 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $8,430.87 | Arrearages: | ($558.73) |
| Paid to Trustee: | $857.86 | Total Plan Base: | $43,982.93 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.