**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Jose Luis Torres Melendez,            :          Chapter 13
                  Debtors            :          Bankruptcy No. 16-17701-pmm

**<u>ORDER</u>**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 4/7/21-4/20/21. This amount may be paid to counsel by the Trustee, pursuant to the terms of the confirmed Plan.

BY THE COURT

Dated: 5/18/21

Patricia M. Mayer
U.S. Bankruptcy Judge