| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-17701-PMM**

JOSE LUIS TORRES MELENDEZ  
947 NORTH 12TH STREET  
READING  PA   19604

Petition Filed Date: 11/01/2016  
341 Hearing Date: 03/21/2017  
Confirmation Date: 10/05/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $300.00 | 8713044750 | 02/11/2020 | $300.00 | 8713044795 | 03/27/2020 | $558.73 | 26177260320 |
| 04/07/2020 | $300.00 | 26177278893 | 04/08/2020 | $300.00 | 26177291640 | 05/06/2020 | $300.00 | 26638110123 |
| 06/11/2020 | $300.00 | 26623404270 | 07/08/2020 | $300.00 | 26177258384 | 08/11/2020 | $300.00 | 26866892608 |
| 09/25/2020 | $300.00 | 26867712003 | 10/09/2020 | $300.00 | 26849471815 | 11/10/2020 | $300.00 | 26867720215 |
| 12/10/2020 | $300.00 | 26867747351 | 01/12/2021 | $300.00 | 26935093440 | 02/09/2021 | $300.00 | 27046840015 |
| 03/12/2021 | $300.00 | 27046874417 | 04/07/2021 | $300.00 | 27046835482 | 05/07/2021 | $350.00 | 27263662852 |
| 06/09/2021 | $350.00 | 27263660163 | | | | | | |

**Total Receipts for the Period: $6,058.73   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,658.73**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | ACE CASH EXPRESS  »» 003 | Unsecured Creditors | $332.19 | $0.00 | $332.19 |
| 1 | COMMUNITY LOAN SERVICING LLC  »» 01P | Mortgage Arrears | $4,903.61 | $661.48 | $4,242.13 |
| 1 | COMMUNITY LOAN SERVICING LLC  »» 001 | Mortgage Arrears | $27,412.96 | $4,629.91 | $22,783.05 |
| 2 | READING AREA WATER AUTHORITY  »» 002 | Secured Creditors | $2,389.32 | $403.54 | $1,985.78 |
| 4 | MENDELSOHN & MENDELSOHN PC  »» 004 | Attorney Fees | $2,950.00 | $2,950.00 | $0.00 |
| 5 | MENDELSOHN & MENDELSOHN PC  »» 005 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $0.00 | $1,290.00 |

**Chapter 13 Case No. 16-17701-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,658.73 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $10,644.93 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,104.80 | Total Plan Base: | $45,626.58 |
| Funds on Hand: | $909.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.