Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 16-17701-PMM

JOSE LUIS TORRES MELENDEZ  
947 NORTH 12TH STREET  
READING  PA   19604

Petition Filed Date: 11/01/2016  
341 Hearing Date: 03/21/2017  
Confirmation Date: 10/05/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $300.00 | 27046835482 | 05/07/2021 | $350.00 | 27263662852 | 06/09/2021 | $350.00 | 27263660163 |
| 07/13/2021 | $350.00 | 27263697761 | 08/11/2021 | $350.00 | 27263693812 | 09/08/2021 | $350.00 | 27500982480 |
| 10/06/2021 | $350.00 | 27500991761 | 11/10/2021 | $350.00 | 27647183092 | 12/14/2021 | $350.00 | 27816955626 |
| 01/11/2022 | $350.00 | 27898101112 | 02/11/2022 | $350.00 | 27500983503 | 03/08/2022 | $350.00 | 27816957371 |
| 04/06/2022 | $350.00 | 28022990400 | 05/09/2022 | $350.00 | 28202684613 | 06/08/2022 | $350.00 | 28067929020 |
| 07/07/2022 | $350.00 | 28067945872 | | | | | | |

**Total Receipts for the Period: $5,550.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,208.73**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | ACE CASH EXPRESS<br>»»  003 | Unsecured Creditors | $332.19 | $0.00 | $332.19 |
| 1 | COMMUNITY LOAN SERVICING LLC<br>»»  01P | Mortgage Arrears | $4,903.61 | $1,214.80 | $3,688.81 |
| 1 | COMMUNITY LOAN SERVICING LLC<br>»»  001 | Mortgage Arrears | $27,412.96 | $7,601.59 | $19,811.37 |
| 2 | READING AREA WATER AUTHORITY<br>»»  002 | Secured Creditors | $2,389.32 | $662.54 | $1,726.78 |
| 4 | MENDELSOHN & MENDELSOHN PC<br>»»  004 | Attorney Fees | $2,950.00 | $2,950.00 | $0.00 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»»  005 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 4 | BERKS CREDIT AND COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | COLUMBIA GAS (FORMERLY BAYSTATE GAS) | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | COMMONWEALTH FIN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | EOS CCA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | LAMONT HANLEY & ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND FUNDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 16-17701-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,208.73 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $15,718.93 | Arrearages: | $350.00 |
| Paid to Trustee: | $1,489.80 | Total Plan Base: | $45,626.58 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.