United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17701-pmm |
| Jose Luis Torres Melendez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Luis Torres Melendez, 947 North 12th Street, Reading, PA 19604-2318 |
| 13934680 | + | ACE CASH EXPRESS, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 13817390 | + | Cb Accts Inc, 124 Sw Adams St. Suite 215, Peoria, IL 61602-1308 |
| 13817400 | + | Lamont Hanley & Associ, 1138 Elm St, Manchester, NH 03101-1531 |
| 13976769 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 13817404 | + | Reading Area Water Authority, 815 Washington, Reading, PA 19601-3615 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 18 2023 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 18 2023 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:17:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13817389 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 18 2023 23:55:00 | Berks Credit & Collections, Po Box 329, Attn: Bankruptcy, Temple, PA 19560-0329 |
| 13817396 | + | Email/Text: commonwealth@ebn.phinsolutions.com | May 18 2023 23:54:00 | Comnwlth Fin, 245 Main St, Dickson City, PA 18519-1641 |
| 13817393 | | Email/Text: EGMABankruptcy@eversource.com | May 18 2023 23:54:00 | Columbia Gas (Formerly Baystate Gas), Po Box 2025, Attn: Bankruptcy Department, Springfield, MA 01102 |
| 13817397 | + | Email/Text: bankruptcydepartment@tsico.com | May 18 2023 23:55:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 13817399 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 19 2023 00:04:40 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13817401 | | Email/Text: camanagement@mtb.com | May 18 2023 23:54:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 13832409 | | Email/Text: camanagement@mtb.com | May 18 2023 23:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13817402 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 23:54:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 14719552 | | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 23:54:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 13817403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0313-4 — User: admin — Page 2 of 3
Date Rcvd: May 18, 2023 — Form ID: pdf900 — Total Noticed: 20

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13872883 | | + Email/PDF: rmscedi@recoverycorp.com | May 19 2023 00:06:51 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| | | | May 19 2023 00:17:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14600165 | | Community Loan Servicing,, LLC |
| 13817391 | *+ | Cb Accts Inc, 124 Sw Adams St. Suite 215, Peoria, IL 61602-1308 |
| 13817392 | *+ | Cb Accts Inc, 124 Sw Adams St. Suite 215, Peoria, IL 61602-1308 |
| 13817394 | *P++ | EVERSOURCE GAS COMPANY OF MASSACHUSETTS, ATTN CREDIT AND COLLECTIONS, PO BOX 2025, SPRINGFIELD MA 01102-2025, address filed with court:, Columbia Gas (Formerly Baystate Gas), Po Box 2025, Attn: Bankruptcy Department, Springfield, MA 01102 |
| 13817395 | *P++ | EVERSOURCE GAS COMPANY OF MASSACHUSETTS, ATTN CREDIT AND COLLECTIONS, PO BOX 2025, SPRINGFIELD MA 01102-2025, address filed with court:, Columbia Gas (Formerly Baystate Gas), Po Box 2025, Attn: Bankruptcy Department, Springfield, MA 01102 |
| 13817398 | *+ | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14336802 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14600798 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

**Name** — **Email Address**

BRENNA HOPE MENDELSOHN
on behalf of Debtor Jose Luis Torres Melendez tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 20

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    JOSE LUIS TORRES MELENDEZ

        Debtor

Chapter 13

Bankruptcy No. 16-17701-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 18, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE